IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BRAYAN LOPEZ SARMIENTO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01644-AJT-WBP |
| | ) | |
| PAUL PERRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal of Petitioner Wilson Zelaya Chavarria pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that Petitioner Wilson Zelaya Chavarria's claims be dismissed from this action without prejudice.

**ORDERED** that Petitioner Wilson Zelaya Chavarria be removed as a Petitioner in this civil action.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
November 5, 2025

/s/
Anthony J. Trenga
Senior United States District Judge