IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRAYAN LOPEZ SARMIENTO, *et. al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-01644-AJT-WBP |
| ) | |
| PAUL PERRY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Before the Court is Petitioner's Motion for a Preliminary Injunction and Temporary Restraining Order, [Doc. No. 27], (the "Motion"), requesting, *inter alia*, the Court to order Petitioner Axel Martinez Ucles' immediate release from custody based on his Special Immigrant Juvenile status, and the corresponding deferred action, and enjoin Respondents from re-detaining him without an adequate pre-deprivation hearing at which it establishes changed circumstances justifying his detention. On December 17, 2025 and January 8, 2026, the Court held hearings on the Motion, and upon consideration of the Motion, the memoranda in support thereof, [Doc. Nos. 28, 34, 37, 39], and in opposition thereto, [Doc. No. 39], and for the reasons stated from the bench following the hearing on January 8, 2026, it is hereby

**ORDERED** that the Motion be GRANTED to the extent that Petitioner Axel Martinez Ucles be RELEASED immediately from custody and Respondents are ENJOINED from re-detaining him absent a pre-deprivation hearing in which they adequately establish changed circumstances justifying his re-detention based on Petitioner Axel's flight risk or danger to the community; and it is further

**ORDERED** that any posting of bond in connection with Petitioner Axel's release, be and the same thereby, is WAIVED; and it is further

**ORDERED** that the parties confer as to the remaining issues that are pending before the Court and submit a revised proposed briefing schedule on or before January 12, 2026.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 8, 2026